**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TWIN CITY FIRE INSURANCE
COMPANY,

Plaintiff,

v.

HOUSE OF CHEATHAM LLC,

Defendant,

Civil Action No.: 1:25-cv-03280-SDG

## PLAINTIFF TWIN CITY FIRE INSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Please take notice that Plaintiff, Twin City Fire Insurance Company, by and through undersigned counsel, hereby voluntarily dismisses, without prejudice, its complaint in the above captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant House of Cheatham LLC has not yet served an answer or motion for summary judgment in this action such that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

[Signature Page Follows]

PD.50411748.1

- 2 -

PHELPS DUNBAR LLP


*/s/ Christy M. Maple*
Christy M. Maple, GA Bar No. 240807
christy.maple@phelps.com
*Attorney for Plaintiff Twin City Fire*
*Insurance Company*

Glen Lake Four
4141 Parklake Avenue, Suite 530
Raleigh, North Carolina 27612-3723
Telephone:  919-789-5300
Facsimile:   919-789-5301

- 2 -

PD.50411748.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, I served the foregoing Notice of Voluntary Dismissal by filing with the Electronic Court Filing System which will simulatneously serve the following parties through counsel:

M. Laughlin Allen
mlallen@mcguirewoods.com
MCGUIRE WOODS LLP
1075 Peachtree Street, NE, 35th  Floor
Atlanta, GA 30308
T: (404) 443-5738
F: (404) 443-559

*Attorneys for Defendant House of*
*Cheatham LLC*

PHELPS DUNBAR LLP


*/s/ Christy M. Maple*
Christy M. Maple, GA Bar No. 240807
christy.maple@phelps.com
*Attorney for Plaintiff*

Glen Lake Four
4141 Parklake Avenue, Suite 530
Raleigh, North Carolina 27612-3723
Telephone:  919-789-5300
Facsimile:   919-789-5301

PD.50411748.1